# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

**UNITED STATES OF AMERICA**

v.

WILLIAM F. BOYLAND, JR.,

**WARRANT FOR ARREST**

**M11-1163**

CASE NUMBER:

DEFENDANT.

TO: Special Agent Richard Wilfling _____, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest WILLIAM F. BOYLAND, JR.
                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

Indictment ☐ Information ☑ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Bribery and Attempted Hobbs Act Extortion**

In violation of Title __18__ United States Code, Section(s) __666(a)(1)(B), 1951(a)__

The Hon. James Orenstein     USMJ, Eastern District of New York
                             Title of Issuing Officer

November 28, 2011   Brooklyn, N.Y.
Date and Location

_____ By _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | 11/28/11 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | 11/29/11 | RICHARD F. WILFLING SPECIAL AGENT, FBI | Richard F. Wilfling |

11/30/12

| THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY: |
|---|
| DEFENDANT'S NAME: WILLIAM F. BOYLAND, JR |
| ALIAS: |
| LAST KNOWN RESIDENCE: 402 MARION ST, BROOKLYN, NY |
| LAST KNOWN EMPLOYMENT: NYS ASSEMBLY |
| PLACE OF BIRTH: BROOKLYN, NY |
| DATE OF BIRTH: 9 |
| SOCIAL SECURITY NUMBER: |
| HEIGHT: 6'3' |
| WEIGHT: 270 lbs |
| SEX: MALE |
| RACE: BLACK |
| HAIR: BROWN |
| EYE: BROWN |
| SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: |
| FBI NUMBER: |
| COMPLETE DESCRIPTION OF AUTO: |
| INVESTIGATIVE AGENCY AND ADDRESS: FBI, 26 FEDERAL PLAZA, NEW YORK, NY 10278 |